**1237 THOMAS vs. HAMILTON**, No. 14210, 101 M., 387.   (Certiorari to Van Buren.)

To compel respondent, a druggist, to allow relator to examine the book, provided for by statute, containing the record of sales of liquor.   The circuit judge granted the writ.

Reversed July 5, 1894, with costs of both courts, on the ground (1) that as a general rule mandamus will not run against a private individual; Merrill, Sec. 13, 2 to 23.   (2) That the writ does not lie to enforce the performance of a public duty at the instance of a private individual, or in any case unless he has some private or particular interest to be subserved, or some

particular right to be preserved or protected, independent of that which he holds in common with the public at large. Drake vs. Regents, 4 M., 98 (1088); Russell vs. Inspectors et al., 4 M., 187 (1093); Delbridge vs. Green, 29 M., 121 (1609); Smith vs. Mayor et al., 81 M., 123 (1104).